# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

      v.                               No. 22-00048-15-CR-W-DGK

PARRIS J. WALKER,

               Defendant.

## PRELIMINARY ORDER OF FORFEITURE

On September 11, 2023, Defendant Parris J. Walker entered into a plea agreement with the United States, pursuant to which he admitted the allegations of forfeiture and agreed to a money judgment in an amount to be determined by the Court at sentencing. ECF No. 566.

Now before the Court is the United States' Motion for a Preliminary Order of Forfeiture. ECF No. 620.

The United States seeks a personal money judgment against Defendant in an amount to be determined by the Court at sentencing based upon Defendant's drug responsibility. The Court will orally announce this money judgment amount at the time of sentencing and will include it in the Judgment and Commitment Order.

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a Preliminary Order of Forfeiture is imposed against Defendant with the money judgment amount to be calculated at sentencing, pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4)(a), this Preliminary Order of Forfeiture shall become final as to Defendant at the time of sentencing, or before if Defendant consents, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(p), and Rule 32.2(b)(3), the United States may undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Preliminary Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.[1]

**IT IS SO ORDERED.**

Dated:  December 29, 2023          /s/ Greg Kays
                                  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                  GREG KAYS, JUDGE
                                  UNITED STATES DISTRICT COURT

---

[1] The Court previously denied the motion without prejudice due to concerns over the specific forfeiture allegations. *See* ECF No. 644. After review, the Court notes the firearms were administratively forfeited. Accordingly, the motion for preliminary order of forfeiture is GRANTED.